UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.,

            **Plaintiff,**

-vs-                                                Case No. 6:11-cv-668-Orl-18DAB

IN CHARGE MARKETING, INC., TRAVCOM
LLC, PETER NAGY, JR., DAYANNA ACOSTA
NAGY, PETER a/k/a Pedro Sotolongo, RIGOBERTO
SOTOLONGO, and DANIEL MARSHALL,

            **Defendants.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 25). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED WITHOUT PREJUDICE** pending adjudication of the merits of the case with respect to the co-defendants.

It is **SO ORDERED** in Orlando, Florida, this __3__ day of August, 2011.

                                    G. KENDALL SHARP
                                    Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge