# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:11-cv-668-Orl-18DAB**

**IN CHARGE MARKETING, INC., TRAVCOM LLC, PETER NAGY, JR., DAYANNA ACOSTA NAGY, PETER a/k/a Pedro Sotolongo, RIGOBERTO SOTOLONGO, and DANIEL MARSHALL,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**MOTION TO COMPEL DISCOVERY (Doc. No. 53)**
>
> **FILED:**　March 29, 2013
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.
>
> **MOTION:**　**MOTION TO COMPEL DISCOVERY (Doc. No. 54)**
>
> **FILED:**　March 29, 2013
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.
>
> **MOTION:**　**MOTION TO COMPEL DISCOVERY  (Doc. No. 55)**
>
> **FILED:**　March 29, 2013
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motions reflect "attachments" that are, in fact, not attached. As the propounded discovery at issue is not before the Court, the motions are denied, without prejudice to renewal upon supplemental filing. *See* Local Rule 3.04. Any renewal must also comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record